**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 3:13-bk-04406 |
| **TINA MICHELLE MURRAY** | ) | CHAPTER 13 |
| Debtor. | ) | |

## ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM SIX (6) FILED BY ALTAIR OH XIII, LLC

Upon consideration of the debtor's Objection to Claim SIX (6) filed by ALTAIR OH XIII, LLC and said creditor having failed to file a written response to the Objection in accordance with Local Rule 2002-4, it is,

ORDERED as follows:

1. The Debtor's Objection to Claim SIX (6) is sustained.

2. Claim SIX (6) shall be disallowed in its entirety.

DONE and ORDERED in Jacksonville, Florida, this 6th day of January, 2015

_____
JERRY A. FUNK
United States Bankruptcy Judge

Attorney E. Warren Parker is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of this order.